# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Miguel Angel Vargas,<br>　　　　Plaintiff,<br>　　vs.<br>COMMISSIONER OF SOCIAL SECURITY,<br>　　　　Defendant. | Case No. 2:25-cv-2506 WBS AC<br><br>[~~PROPOSED~~] ORDER FOR EXTENSION OF TIME |

　　Based upon the Plaintiff's Motion for an extension of time, for good cause shown, it is ORDERED that that Plaintiff shall have an extension of time, from January 2, 2025 to March 6, 2026, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. All other dates in the Court's Scheduling Order shall be extended accordingly.

　　IT IS SO ORDERED.

Dated: January 6, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3