ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1 – Law & Policy
Social Security Administration
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
Program Litigation 1 – Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 206-615-2733
lillian.j.lee@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL VARGAS,<br><br>          Plaintiff,<br><br>     vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Civil No. 2:25-cv-02506-WBS-AC<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); [PROPOSED] ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g), with respect to Plaintiff's eligibility for benefits under Title II of the Social Security Act.

Upon remand, the Appeals Council will direct the Administrative Law Judge to further evaluate the claimant's alleged symptoms and provide rationale in accordance with the disability regulations pertaining to evaluation of symptoms (20 C.F.R. § 416.929; Social Security Ruling 16-3p); offer the claimant the opportunity for a hearing; take further action to complete the

administrative record resolving the above issues; and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: April 16, 2026                  Peña & Bromberg, PLC

                             By:    /s/ Lillian J. Lee for*
                                    JONATHAN O. PENA
                                    Attorney for Plaintiff
                                    [*As authorized by e-mail on April 16, 2026]


Dated: April 16, 2026                  ERIC GRANT
                                       United States Attorney
                                       MATHEW W. PILE
                                       Head of Program Litigation 1 – Law & Policy
                                       Social Security Administration

                             By:    /s/ Lillian J. Lee
                                    LILLIAN J. LEE
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant


## ORDER

Pursuant to stipulation, IT IS SO ORDERED.


DATED: April 16, 2026

                             _____
                             ALLISON CLAIRE
                             UNITED STATES MAGISTRATE JUDGE